IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, et al.,<br>   *Plaintiffs-Appellees*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>   *Defendants-Appellants.* | No. 25-1512 |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

The government respectfully requests a 30-day extension of time, to and including July 30, 2025, for the government to file its opening brief. Plaintiffs do not oppose this request.

1. The government's opening brief is currently due June 30, 2025. The government has not previously sought an extension of its briefing deadline.

2. The extension of time is necessary to allow appellate counsel adequate time for preparation of the government's brief and consultation

within the federal government. Sarah Smith, the lead government attorney in this case, is also responsible for briefing in *Khan v. United States*, No. 25-10219 (11th Cir.) (opening brief due June 16, 2025). Ms. Smith will also be on leave and traveling from June 21 through June 29.

    3.  The government therefore respectfully requests a 30-day extension of time, to and including July 30, 2025, to prepare its opening brief. The government has consulted with plaintiffs, who do not object to the requested extension.

Respectfully submitted,

MICHAEL S. RAAB
LOWELL V. STURGILL

 /s/ *Sarah N. Smith*
SARAH N. SMITH
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7533*
*Washington, D.C. 20530*
*(202) 305-0173*

JUNE 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 157 words, according to the word count of Microsoft Word.

/s/ *Sarah N. Smith*
Sarah N. Smith

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Sarah N. Smith*
Sarah N. Smith