FILED: August 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1512
(8:25-cv-00243-TDC)

_____

PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW ENGLAND YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; BALTIMORE YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; ADELPHI FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; RICHMOND FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW YORK YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; SIKH TEMPLE SACRAMENTO; COOPERATIVE BAPTIST FELLOWSHIP

      Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security

      Defendants - Appellants

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and appendix absent a showing of extraordinary circumstances.

      Joint appendix due: 09/29/2025

Opening brief due: 09/29/2025

Response brief due: 11/03/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk