FILED:  October 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1512
(8:25-cv-00243-TDC)

_____

PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF
FRIENDS; NEW ENGLAND YEARLY MEETING OF THE RELIGIOUS
SOCIETY OF FRIENDS; BALTIMORE YEARLY MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS, INC.; ADELPHI FRIENDS MEETING OF
THE RELIGIOUS SOCIETY OF FRIENDS; RICHMOND FRIENDS MEETING
OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW YORK YEARLY
MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; SIKH TEMPLE
SACRAMENTO; COOPERATIVE BAPTIST FELLOWSHIP

Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official
capacity as Secretary of the Department of Homeland Security

Defendants - Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 11/26/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk