IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Philadelphia Yearly Meeting of the Religious Society of Friends et al., <br><br> *Plaintiffs-Appellees,* <br><br> v. <br><br> U.S. Department of Homeland Security et al., <br><br> *Defendants-Appellants.* | No. 25-1512 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' RESPONSE BRIEF**

Plaintiffs-Appellees Philadelphia Yearly Meeting of the Religious Society of Friends, New England Yearly Meeting of the Religious Society of Friends, Baltimore Yearly Meeting of the Religious Society of Friends, Adelphi Friends Meeting of the Religious Society of Friends, Richmond Friends Meeting of the Religious Society of Friends, New York Meeting of the Religious Society of Friends, Sikh Temple Sacramento, and the Cooperative Baptist Fellowship respectfully request a 30-day extension of time to file their response brief. The government does not oppose this request.

1. Plaintiffs-Appellees' response brief is currently due November 26.

2. Before filing its opening brief on September 29, the government was granted three 30-day extensions of its briefing deadline.

3. As part of the government's second extension, Plaintiffs-Appellees were granted an additional 5 days to file their response brief.

4. On October 7, the Court granted Plaintiffs-Appellees a 23-day extension.

5. The extension of time is necessary to allow counsel adequate opportunity to continue to prepare our briefing alongside other litigation deadlines and other fast-developing obligations. For example, one member of counsel team has spent much of the last month litigating whether the government was required to pay SNAP benefits during the shutdown. That included filing a complaint, a motion for a temporary restraining order, and a motion to enforce a temporary restraining order (or, in the alternative, for an additional temporary restraining order) in the district court, *see Rhode Island State Council of Churches et al v. Rollins et al*, 25-cv-00569 (D.R.I.), as well as emergency-stay briefing in the First Circuit, No. 25-2089, and the United States Supreme Court, No. 25A539. Likewise, three members of counsel team have been litigating on-the-ground updates regarding impending DHS enforcement operations. *See New England Synod v. DHS*, No. 4:25-cv-40102-FDS (D. Mass. Nov. 21, 2025). Two

2

members filed an opposition to a motion to dismiss. *See FreeState Justice v. Equal Employment Opportunity Commission*, No. 25-cv-02482 (D. Md. Nov. 10, 2025). One of these members also filed a complaint over the changes to the Public Sector Loan Forgiveness Program. *See National Council of Nonprofits v. McMahon*, No. 25-cv-13242 (D. Mass. Nov. 3, 2025).

6. The requested extension is necessary to ensure that Plaintiffs-Appellees are able to fully present their position in this case, which involves complex constitutional and statutory questions regarding Article III standing, the Religious Freedom Restoration Act, and the First Amendment.

7. Plaintiffs-Appellees respectfully request a 30-day extension of time. If granted, the response brief will be due December 26.

8. Plaintiffs-Appellees have consulted with the government, which does not oppose the requested extension.

Respectfully submitted,

November 23, 2025

*/s/ Bradley Girard*
Bradley Girard
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

3

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared using Microsoft Word 365, set in Century Schoolbook font in a size measuring 14 points or larger. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 424 words.

*/s/ Bradley Girard*
Bradley Girard

## CERTIFICATE OF SERVICE

I certify that on November 23, 2025, this motion was electronically filed through this Court's CM/ECF system, which will serve a copy on all registered users.

*/s/ Bradley Girard*
Bradley Girard