FILED: November 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1512
(8:25-cv-00243-TDC)

_____

PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW ENGLAND YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; BALTIMORE YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; ADELPHI FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; RICHMOND FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW YORK YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; SIKH TEMPLE SACRAMENTO; COOPERATIVE BAPTIST FELLOWSHIP

        Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security

        Defendants - Appellants

-------------------------------

FEDERATION FOR AMERICAN IMMIGRATION REFORM

        Amicus Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 12/29/2025

Any reply brief: 21 days from service of response brief.

                                          For the Court--By Direction

                                          <u>/s/ Nwamaka Anowi, Clerk</u>