UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 25-1512 _____ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ CJA associate  ☐ Court-assigned(non-CJA)  ☐ Federal Defender
☑ Pro Bono  ☐ Government

COUNSEL FOR: Interfaith Center of New York, et al.
(see addendum for full list) _____ as the
(party name)

☐ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☑ amicus curiae  ☐ intervenor(s)  ☐ movant(s)

s/ Hilda Bonilla
_____
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

| Hilda Bonilla | (213) 674-2907 |
| Name (printed or typed) | Voice Phone |

| National Immigration Law Center | (213) 639-3911 |
| Firm Name (if applicable) | Fax Number |

| P.O. Box 34573 | |
| Washington, D.C. 20043 | bonilla@nilc.org |
| Address | E-mail address (print or type) |

---

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

_____          _____
      Signature                            Date

1/28/2020 SCC

Addendum to Appearance of Counsel Form

**Counsel for Amici Curiae:**

(1) Afghans For A Better Tomorrow

(2) African Communities Together

(3) Asian American Legal Defense and Education Fund

(4) Bend the Arc

(5) Black Alliance for Just Immigration (BAJI)

(6) Center for Constitutional Rights

(7) DRUM: Desis Rising Up & Moving

(8) Global Justice Institute

(9) Islamic Society Of Central Jersey

(10) Muslim Public Affairs Council (MPAC)

(11) Muslims for Progressive Values

(12) National Association of Muslim Lawyers (NAML)

(13) National Immigration Project (NIP)

(14) Partnership for the Advancement of New Americans (PANA)

(15) Project ANAR

(16) Sikh Coalition

(17) The Interfaith Center of New York

(18) Union Theological Seminary

(19) Unitarian Universalist Service Committee