FILED: January 6, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1512

(8:25-cv-00243-TDC)

_____

PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW ENGLAND YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; BALTIMORE YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; ADELPHI FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; RICHMOND FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW YORK YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; SIKH TEMPLE SACRAMENTO; COOPERATIVE BAPTIST FELLOWSHIP

          Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security

          Defendants - Appellants

-------------------------------

FEDERATION FOR AMERICAN IMMIGRATION REFORM

          Amicus Supporting Appellant

and

FAIR AND JUST PROSECUTION; LAW ENFORCEMENT ACTION PARTNERSHIP; ISAAC BARNES MAY, (Yale University); STEPHEN ANGELL, (Earlham College); JANE CALVERT, (University of Kentucky); THOMAS D. HAMM, (Earlham College (emeritus)); JULIE HOLCOMB,

(Baylor University); ANDREW TAYLOR, (College of St. Scholastica); DAVID WATT, (Haverford College); 19 FAITH-BASED, IMMIGRANT JUSTICE, AND/OR CIVIL RIGHTS ORGANIZATIONS; THE RUTHERFORD INSTITUTE

    Amici Supporting Appellee

_____

O R D E R

_____

  Fair and Just Prosecution, Law Enforcement Action Partnership, Isaac Barnes May, (Yale University), Stephen Angell, (Earlham College), Jane Calvert, (University Of Kentucky), Thomas D. Hamm, (Earlham College (Emeritus)), Julie Holcomb, (Baylor University), Andrew Taylor, (College Of St. Scholastica), David Watt, (Haverford College), 19 Faith-Based, Immigrant Justice, and/or Civil Rights Organizations, and The Rutherford Institute have filed amicus curiae briefs with the consent of the parties.

  The court accepts the briefs for filing.

           For the Court--By Direction

          /s/ Nwamaka Anowi, Clerk