IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

PHILADELPHIA YEARLY MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS, et al.,
    *Plaintiffs-Appellees*,

    *v.*

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,
    *Defendants-Appellants.*

No. 25-1512

## MOTION FOR 30-DAY EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

The government respectfully requests a 30-day extension of time, to and including February 19, 2026, to file its reply brief. Plaintiffs have advised us that they do not consent to this request but do not plan to file an opposition unless directed by the Court.

1. The government filed its opening brief on September 29, 2025. Plaintiffs filed their response brief on December 29, 2025. The government's reply brief is currently due January 20, 2026. The

government has not previously sought an extension of its briefing deadline.

2. The extension of time is necessary to allow appellate counsel adequate time for preparation of the government's brief and consultation within the federal government. Lowell Sturgill, one of the government attorneys assigned to this case, was on use-or-lose annual leave from December 29, 2025, until January 5, 2026, and is also responsible for filing the government's reply brief in *Ajaj v. United States*, No. 24-2834 (3d Cir.), by January 26, 2026, as extended.

Sarah Smith, another government attorney assigned to this case, is assisting the Solicitor General's Office in preparations for oral argument in *Chevron v. Plaquemines Parish*, No. 24-813 (U.S.), which will be held January 12, 2026, and she is scheduled to present argument in *Mackinac Center for Public Policy v. Department of Education*, No. 24-1784 (6th Cir.), on February 5, 2026. Ms. Smith was also on annual leave from December 29, 2025, to January 2, 2026.

In addition, Michael Raab, the attorney with supervisory responsibility in this case, also has supervisory responsibility in several appellate matters with impending deadlines, including *Manis v. U.S. Dep't of Agric.*, No. 25-2001 (4th Cir.) (responsive brief due January 9); *Taker v. Bondi*, No. 25-1651 (1st Cir.) (responsive brief due January 12); *McMaster v. U.S. Dep't of Lab.*, No. 25-1986 (4th Cir.) (responsive brief due January 12); *Marshall v. U.S. Att'y Gen.*, No. 25-1721 (1st Cir.) (responsive brief due January 16); *California v. Trump*, No. 25-1726 (1st Cir.) (reply brief due January 26); *Priddle v. U.S. Dep't of Labor*, No. 25-1695 (7th Cir.) (responsive brief due January 29); and *U.S. Post Serv. v. Postal Regul. Comm'n*, No. 25-1120 (D.C. Cir.) (responsive brief due February 2).

3.  This extension should not significantly delay the Court's consideration of this appeal and is necessary to ensure adequate time for the government to consult with all interested governmental components and to prepare the reply brief.

4.  The government therefore respectfully requests a 30-day extension of time, to and including February 19, 2026, to file its reply brief.

Respectfully submitted,

MICHAEL S. RAAB
LOWELL V. STURGILL JR.

/s/ Sarah N. Smith
SARAH N. SMITH
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7533*
*Washington, D.C. 20530*
*(202) 305-0173*

JANUARY 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 431 words, according to the word count of Microsoft Word.

/s/ *Sarah N. Smith*
Sarah N. Smith

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Sarah N. Smith*
Sarah N. Smith