# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 4, 2026

_____

## RESPONSE REQUESTED - SIMILAR CASES
_____

No.    25-1512,    <u>Yearly Meeting of the Religious Society of Friends v.
United States Department of Homeland Security</u>
8:25-cv-00243-TDC

TO:    All Parties

RESPONSE DUE: 02/09/2026

Response is required to the notice requesting information regarding similar cases
on or before 02/09/2026. Please use the following form to submit response:
**<u>Response - Similar Cases</u>**, using the event: <u>RESPONSE/ANSWER (to Similar
Case notice)</u>.

A. Walker, Deputy Clerk
804-916-2702