# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 13, 2026

_____

RULE 46 ADDITIONAL COPIES

_____

No.    25-1512,      <u>Yearly Meeting of the Religious Society of Friends v. United States Department of Homeland Security</u>
8:25-cv-00243-TDC

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 02/17/2026**

Amicus Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Briefs | 4 | Hilda Bonilla, Joshua C. McDaniel, Jennifer Quezada Castillo, Andrew Tutt |

/s/ NWAMAKA ANOWI, CLERK