# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: **25-1512 Yearly Meeting of the Religious Society v. DHS**

Please select the appropriate option below:

[✓] I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

[ ] I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Signature: **s/ Hilda Bonilla**      Counsel for: **Amici 19 Faith-Based, Immigrant Justice, and/or Civil Rights Organizations**

Date: **2/17/2026**

**File using event:** RESPONSE/ANSWER (to Similar Case notice)