# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 25, 2026

_____

RULE 46 ADDITIONAL COPIES

_____

No.   25-1512,          Yearly Meeting of the Religious Society of Friends v.
                        United States Department of Homeland Security
                        8:25-cv-00243-TDC

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 03/02/2026**

Counsel must file the copies indicated below by the due date shown. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief | 4 | FAIR AND JUST PROSECUTION AND THE LAW ENFORCEMENT ACTION PARTNERSHIP |

/s/ NWAMAKA ANOWI, CLERK