FILED:  March 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1512
(8:25-cv-00243-TDC)

_____

PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF
FRIENDS; NEW ENGLAND YEARLY MEETING OF THE RELIGIOUS
SOCIETY OF FRIENDS; BALTIMORE YEARLY MEETING OF THE
RELIGIOUS SOCIETY OF FRIENDS, INC.; ADELPHI FRIENDS MEETING
OF THE RELIGIOUS SOCIETY OF FRIENDS; RICHMOND FRIENDS
MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW YORK
YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.;
SIKH TEMPLE SACRAMENTO; COOPERATIVE BAPTIST FELLOWSHIP

            Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN,
in his official capacity as Secretary of the Department of Homeland Security

            Defendants - Appellants

-------------------------------

FEDERATION FOR AMERICAN IMMIGRATION REFORM

            Amicus Supporting Appellants

and

FAIR AND JUST PROSECUTION; LAW ENFORCEMENT ACTION
PARTNERSHIP; ISAAC BARNES MAY, (Yale University); STEPHEN
ANGELL, (Earlham College); JANE CALVERT, (University of Kentucky);

THOMAS D. HAMM, (Earlham College (emeritus)); JULIE HOLCOMB, (Baylor University); ANDREW TAYLOR, (College of St. Scholastica); DAVID WATT, (Haverford College); 19 FAITH-BASED, IMMIGRANT JUSTICE, AND/OR CIVIL RIGHTS ORGANIZATIONS; THE RUTHERFORD INSTITUTE

Amici Supporting Appellees

———————————

O R D E R

———————————

Secretary of the Department of Homeland Security, Markwayne Mullin, is substituted for former Secretary of the Department of Homeland Security, Kristi Noem, as a party to this case pursuant to Fed. R. App. P. 43(c)(2).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk