**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi                                                                           Telephone
Clerk                                                                                  804-916-2700

April 16, 2026

Hilda Gissela Bonilla
NATIONAL IMMIGRATION LAW CENTER
P. O. Box 34573
Washington, DC 20043

Andrew Liang Bookbinder
DEMOCRACY FORWARD FOUNDATION
P. O. Box 34553
Washington, DC 20043

Mr. Matt Crapo
FEDERATION FOR AMERICAN IMMIGRATION REFORM
25 Massachusetts Avenue, NW
Suite 330
Washington, DC 20001

Bradley Scott Girard
DEMOCRACY FORWARD FOUNDATION
P. O. Box 34553
Washington, DC 20043

Sarah R. Goetz
DEMOCRACY FORWARD FOUNDATION
P. O. Box 34553
Washington, DC 20043

Christopher Joseph Hajec
FEDERATION FOR AMERICAN IMMIGRATION REFORM
25 Massachusetts Avenue, NW
Suite 335
Washington, DC 20001

Jonathon Hauenschild
FEDERATION FOR AMERICAN IMMIGRATION REFORM
25 Massachusetts Avenue, NW
Suite 330
Washington, DC 20001

Ms. Ayesha N. Khan
DEMOCRACY FORWARD FOUNDATION
P. O. Box 34553
Washington, DC 20043

Mr. Joshua Craig McDaniel
HARVARD LAW SCHOOL
Religious Freedom Clinic
6 Everett Street
Suite 5110
Cambridge, MA 02138

John Sterling Moore
DEMOCRACY FORWARD FOUNDATION
P. O. Box 34553
Washington, DC 20043

Ms. Jennifer Alexandra Quezada Castillo
AIRINGTON LAW PLLC
4050 Innslake Drive
Suite 190
Richmond, VA 23060

Mr. Michael Raab
U. S. DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0000

Sarah Nicole Smith
U. S. DEPARTMENT OF JUSTICE
Civil Appellate
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Alethea Anne Swift
DEMOCRACY FORWARD FOUNDATION
P. O. Box 34553
Washington, DC 20043

Michael Everett Talent
U. S. DEPARTMENT OF JUSTICE
Office of the Solicitor General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Andrew Tutt
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743

Audrey Jordan Wiggins
DEMOCRACY FORWARD FOUNDATION
P. O. Box 34553
Washington, DC 20043


 No.    25-1512,        Yearly Meeting of the Religious Society of Friends v.
                        United States Department of Homeland Security
                        8:25-cv-00243-TDC

Dear Counsel:

     The court has changed the starting time for oral argument in your case.

     Please register in Room 102, U.S. Courthouse, no later than 8:00 a.m.
Arguments will begin promptly at 9:00 a.m.

                              Sincerely,

                              /s/ N. Sims
                              Deputy Clerk