**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| Philadelphia Yearly Meeting of the Religious Society of Friends et al.,<br><br>*Plaintiffs-Appellees,*<br><br>*v.*<br><br>U.S. Department of Homeland Security et al.,<br><br>*Defendants-Appellants.* | No. 25-1512 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The undersigned attorney for Plaintiffs-Appellees Philadelphia Yearly Meeting of the Religious Society of Friends, New England Yearly Meeting of the Religious Society of Friends, Baltimore Yearly Meeting of the Religious Society of Friends, Adelphi Friends Meeting of the Religious Society of Friends, Richmond Friends Meeting of the Religious Society of Friends, New York Yearly Meeting of the Religious Society of Friends, Inc., Sikh Temple Sacramento, and Cooperative Baptist Fellowship, files this motion for leave to withdraw as counsel of record for the above Plaintiffs-Appellees.

Mr. Bookbinder's employment at Democracy Forward Foundation is ending as of September 11, 2026, and he respectfully requests to be relieved from his duties

in this case. Plaintiffs-Appellees will remain well-represented by remaining counsel at Democracy Forward Foundation:

**Bradley Girard**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bgirard@democracyforward.org

**Sarah Goetz**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
sgoetz@democracyforward.org

**J. Sterling Moore**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
smoore@democracyforward.org

**Ayesha Khan**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
akhan@democracyforward.org

Respectfully submitted,

September 11, 2026

*/s/ Andrew Bookbinder*
Andrew Bookbinder
Democracy Forward Foundation

P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared using Microsoft Word 365, set in Century Schoolbook font in a size measuring 14 points or larger. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 184 words.

*/s/ Andrew Bookbinder*
Andrew Bookbinder

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2026, this motion was electronically filed through this Court's CM/ECF system, which will serve a copy on all registered users.

*/s/ Andrew Bookbinder*
Andrew Bookbinder