FILED: September 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1512
(8:25-cv-00243-TDC)

---

PHILADELPHIA YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW ENGLAND YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; BALTIMORE YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; ADELPHI FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; RICHMOND FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NEW YORK YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS, INC.; SIKH TEMPLE SACRAMENTO; COOPERATIVE BAPTIST FELLOWSHIP

Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security

Defendants - Appellants

------------------------------

FEDERATION FOR AMERICAN IMMIGRATION REFORM

Amicus Supporting Appellants

and

FAIR AND JUST PROSECUTION; LAW ENFORCEMENT ACTION PARTNERSHIP; ISAAC BARNES MAY, (Yale University); STEPHEN ANGELL, (Earlham College); JANE CALVERT, (University of Kentucky); THOMAS D. HAMM, (Earlham College (emeritus)); JULIE HOLCOMB,

(Baylor University); ANDREW TAYLOR, (College of St. Scholastica); DAVID WATT, (Haverford College); 19 FAITH-BASED, IMMIGRANT JUSTICE, AND/OR CIVIL RIGHTS ORGANIZATIONS; THE RUTHERFORD INSTITUTE

Amici Supporting Appellees

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk